IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 07-50052-TUC-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| FAUSTO EDUARDO PEREZ-HERNANDEZ, | ) | |
| Defendant. | ) | |

No objections having been filed,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendaiton signed July 12, 2007 and filed July 16, 2007. (#13)

**IT IS FURTHER ORDERED** that the Court finds the defendant has violated his conditions of supervised release as set forth in the petition.

DATED this 31st day of July, 2007.

Raner C. Collins
United States District Judge